BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section & Recovery Section
TARA B. VAVERE (Cal. Bar No. 279470)
Assistant United States Attorney
Asset Forfeiture Section
      Federal Courthouse, 11th Floor
      312 North Spring Street
      Los Angeles, California 90012
      Telephone:  (213) 894-5901
      Facsimile:  (213) 894-6269
      E-mail: Tara.Vavere@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VIRTUAL CURRENCY,<br><br>    Defendant. | No. 2:25-CV-08656<br><br>**WARRANT** |

TO:   UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF

        CALIFORNIA:

    A Complaint for Forfeiture having been filed in this action,

///

IT IS ORDERED that you seize the defendant, Virtual Currency, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: _____

BRIAN D. KARTH, Clerk

_____

Deputy Clerk