BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section & Recovery Section
TARA B. VAVERE (Cal. Bar No. 279470)
Assistant United States Attorney
Asset Forfeiture Section
        Federal Courthouse, 11th Floor
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:  (213) 894-5901
        Facsimile:   (213) 894-6269
        E-mail: Tara.Vavere@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CV-08656-ODW (ASx) |
|---|---|
| Plaintiff, | |
| v. | **WARRANT** |
| VIRTUAL CURRENCY, | |
| Defendant. | |

TO:    UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF
       CALIFORNIA:

A Complaint for Forfeiture having been filed in this action,

///

IT IS ORDERED that you seize the defendant, Virtual Currency, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: __9/24/2025_____



BRIAN D. KARTH, Clerk

_Carmen Lujan_____

Deputy Clerk

2