LOG # 4266
Capture # 012-2:2025-CV-08656-1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| United States of America | **FILED** CLERK, U.S. DISTRICT COURT 09/26/2025 CENTRAL DISTRICT OF CALIFORNIA BY: gss DEPUTY | 2:25-cv-08656-ODW (ASx) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Virtual Currency | Complaint/Warrant |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA Tara B. Vavere<br>1100 United States Courthouse<br>312 N. Spring Street, Los Angeles, CA 90012<br>Phone: 213-894-5901; E-mail: tara.vavere@usdoj.gov | Number of process to be served with this Form 285<br><br>Number of parties to be served in this case<br><br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please seize defendant Virtual Currency
CATS ID #: 24-FBI-006072 (155,004.8225 USDC from the following virtual currency account held by Payward Interactive, Inc., dba, Kraken, User ID AA18 N84G BUTK FSXY)

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| TARA VAVERE Digitally signed by TARA VAVERE Date: 2025.09.24 13:39:51 -07'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | 213-894-5901 | 9/24/2025 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. A44 | No. A44 | JOLINA WANG Digitally signed by JOLINA WANG | 9/24/2025 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 9/25/2025 | 2:24 | ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | JOLINA WANG Digitally signed by JOLINA WANG |

*Costs shown on attached USMS Cost Sheet >>*

| REMARKS |
|---|
| USMS took custody of 155,004.8225 USDC on 08/21/2024. |