**THE FREEDMAN FIRM PC**
Simon Leen (State Bar No. 332033)
*Simon@thefreedmanfirm.com*
1801 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845

Attorney for Claimant Jonathan Shokrian

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY,<br><br>Defendant. | CASE NO.: 2:25-CV-08656<br><br>**CLAIMANT JONATHAN SHOKRIAN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

1

On September 12, 2025, a Verified Complaint for Forfeiture ("Complaint") was filed by the United States of America seeking the forfeiture of virtual currency consisting of 155,044.8225 in USD Coin ("Defendant Asset").  Pursuant to 18 U.S.C. §983(a)(4)(A) and Supplemental Rule G(5) of the Federal Rules of Civil Procedure, Claimant Jonathan Shokrian ("Claimant") submits this Verified Claim asserting an interest in the entirety of the seized Defendant Asset.

Claimant maintained digital assets at Coinbase, a virtual currency exchange. In May 2024, Claimant was the victim of a fraud that resulted in 50 Ether coins and 9 Bitcoin coins (the "Stolen Funds") being illegally transferred out of his custody from his Coinbase account.  These assets were subsequently transferred through various virtual currency exchanges and converted into various cryptocurrencies.  3.017802 Bitcoin of the Stolen Funds were transferred to an account at Payward Interactive, Inc. and converted into USD coins; these coins are the Defendant Asset.

Claimant is the owner of the Stolen Funds that were subsequently converted into the Defendant Asset and as such has a legally cognizable interest in the entirety of the Defendant Asset over any and all interests asserted by the government in the Defendant Asset.

Claimant hereby claims Defendant Asset and asserts a superior right, title, and interest in the Defendant Asset.

DATED: October 29, 2025                          THE FREEDMAN FIRM PC

By: _____
Simon Leen

Attorney for Claimant
Jonathan Shokrian

CLAIMANT JONATHAN SHOKRIAN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN
CERTAIN DEFENDANT PROPERTY

## <u>**VERIFICATION OF CLAIM**</u>

I, Jonathan Shokrian, pursuant to 18 U.S.C. § 1746, attest and declare under the penalty of perjury that my claim to this property is not frivolous, and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____     10/29/25
                                      _____
Jonathan Shokrian                            Date

1

VERIFICATION