# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| UNITED STATES OF AMERICA | 2:25–cv–08656–ODW–AS |
| Plaintiff(s), | |
| v. | |
| VIRTUAL CURRENCY | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___10/29/2025___

Document No.:  __10__

Title of Document:  ___CLAIM by claimant Jonathan Shokrian.___

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 no notice of interested parties.

Filer failed to add attorney of record to the claimant. Clerk has added attorney to the case so that file will receive notice of this deficiency and future filings.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _October 30, 2025_                    By: _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS