NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Simon Leen (State Bar No. 332033)
1801 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Simon@thefreedmanfirm.com

ATTORNEY(S) FOR: Claimant Jonathan Shokrian

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:25−cv−08656−ODW−AS |
| v. | |
| VIRTUAL CURRENCY | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Claimant Jonathan Shokrian

or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jonathan Shokrian | Claimant |
| Armando Ochoa | Potential Claimant |

10/30/2025

Date

/s/ Simon Leen

Signature

Attorney of record for (or name of party appearing in pro per):

Claimant Jonathan Shokrian

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**