BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
TARA B. VAVERE (Cal. Bar No. 279470)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
        United States Courthouse, 11th Floor
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:     (213) 894-5901
        Facsimile:     (213) 894-6269
        E-mail:        Tara.Vavere@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY,<br><br>Defendant.<br><br>JONATHAN SHOKRIAN,<br><br>Claimant. | Case No. 2:25-CV-08656-ODW(AS)<br><br>**RECOGNITION OF CLAIM OF JONATHAN SHOKRIAN PURSUANT TO 28 U.S.C. § 2465 AND STIPULATION AND REQUEST TO EXTEND TIME TO FILE ANSWER** |

Plaintiff United States of America and Claimant Jonathan Shokrian hereby stipulate and request the following:

1.     Plaintiff United States of America has filed this civil forfeiture action pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) against the defendant virtual currency.

2.     As alleged in the Verified Complaint for Forfeiture, the defendant virtual currency is alleged by Plaintiff to be fraudulently stolen from a victim identified

pseudonymously as J.S., who is known by the government to be claimant Jonathan Shokrian.

3.     Jonathan Shokrian claims an interest in the defendant virtual currency and has filed a claim in this action.

4.     Plaintiff recognizes and does not contest that claimant Jonathan Shokrian holds a valid, pre-existing interest in the defendant virtual currency.

5.     Jonathan Shokrian's claim is therefore being promptly recognized by Plaintiff pursuant to 28 U.S.C. § 2465(b)(2)(C).

6.     Pursuant to Supplemental Rule G (4)(b)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, Plaintiff is in the process of serving the Verified Complaint for Forfeiture on other known persons whose interest may be affected by this action, which service has not yet been completed.[1]

7.     Pursuant to Supplemental Rule G(5)(b), claimant Jonathan Shokrian has 21 days after filing his claim to file an Answer.  See Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, Rule G(5)(b).

8.     Because the litigation of this civil forfeiture action can not commence until all known interested parties have been served, the parties hereby stipulate and request that the time for claimant Jonathan Shokrian to file an Answer be extended until such time as the Plaintiff has completed the required notice to all known interested parties, and the time for all known interested parties to file claims has expired.

9.     Upon entry of any judgment in favor of Plaintiff in this civil forfeiture action, the government will seek to transfer ownership of the defendant virtual currency to claimant Jonathan Shokrian.

---

[1] In order to effectuate service on the known interested party, a Mutal Legal Assistance Treaty request to the government of Mexico is required by the Department of Justice, Office of International Affairs, which request is being process and has not yet been completed due to the lapse in government funding for translation services beginning on October 1, 2025.

Dated: November 13, 2025

BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

  /s/
TARA B. VAVERE
Assistant United States Attorney
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
United States of America

Dated: November 13, 2025

THE FREEDMAN FIRM, PC

  /s/ *
SIMON P. LEEN.
Attorneys for Claimant
JONATHAN SHOKRIAN

*Per Civil Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing via email.

3