UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY,<br><br>Defendant.<br><br>JONATHAN SHOKRIAN,<br><br>Claimant. | Case No. 2:25-CV-08656-ODW(AS)<br><br>**[PROPOSED] ORDER EXTENDING CLAIMANT JONATHAN SHOKRIAN'S TIME TO FILE ANSWER** |

Upon stipulation and request of the parties and GOOD CAUSE APPEARING, IT IS ORDERED THAT:

The time for claimant Jonathan Shokrian to file an answer to the Verified Complaint for Forfeiture pursuant to Supplemental Rule G(5)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, shall be extended until such time as the Plaintiff has completed the required notice to all known interested parties pursuant to Supplemental Rule G (4)(b)(i), and the time for all known interested parties to file claims has expired.

///

If no other claims are filed before the end of the time for filing a claim under Rule G(5)(a)(ii)(A), the parties shall notify this Court through the filing of an application for a consent judgment of forfeiture or other filing.

IT IS SO ORDERED.

Dated:_____                _____
                                                HONORABLE OTIS D. WRIGHT II,
                                                UNITED STATES DISTRICT JUDGE