BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
TARA B. VAVERE (Cal. Bar No. 279470)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
        United States Courthouse, 11th Floor
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:    (213) 894-5901
        Facsimile:     (213) 894-6269
        E-mail:        Tara.Vavere@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY,<br><br>Defendant.<br><br>JONATHAN SHOKRIAN,<br><br>Claimant. | Case No. 2:25-CV-08656-ODW(AS)<br><br>**STATUS REPORT** |

The United States of America ("Plaintiff") hereby files this status report pursuant to the Court's Order dated November 14, 2025. ECF No. 16.

On or about November 13, 2025, Plaintiff filed a recognition of Jonathan Shokrian's ("Claimant") valid, pre-existing interest in the defendant virtual currency. ECF No. 15 at ¶¶ 4-5.

///

In its filing on or about November 13, 2025, Plaintiff further informed the Court that service of the Verified Complaint for Forfeiture on the other known person whose interest may be affected by this action had not yet been completed as of that date. ECF No. 15 at ¶ 8. Plaintiff and Claimant therefore stipulated that the time for Claimant to file an Answer be extended until such time as Plaintiff has completed the required notice to all known interested parties, and the time for all known interested parties to file claims has expired. Id.

In order to effectuate service on the remaining known interested party, a Mutal Legal Assistance Treaty request to the Coordinating Authority of the United Mexican States is required by the Department of Justice, Office of International Affairs ("OIA"). ECF No. 15 at footnote 1.

On December 1, 2025, Plaintiff was informed by OIA that the translation[1] of plaintiff's Rule G(4)(b)[2] notice documents ("plaintiff's notice documents") was completed on or about December 1, 2025, and that plaintiff's notice documents are currently pending translation review by OIA's attaché in Mexico City.

On December 1, 2025, plaintiff was further informed by OIA that plaintiff's notice documents would likely be transmitted to the Coordinating Authority of the United Mexican States during the week of December 8, 2025, after the translation review is completed by OIA's attaché in Mexico City.

Pursuant to Supplemental Rule G(4)(b)(ii)(B) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the deadline for filing a claim by claimants who are sent direct notice is at least 35 days after the notice is sent.

///

---

[1] Due to the lapse in government funding for document translation services beginning on October 1, 2025, document translation services were unavailable until funding sources became available on approximately November 17, 2025.

[2] See Supplemental Rule G(4)(b)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions.

Therefore, plaintiff shall file a further status report detailing the status of its efforts to serve the remaining known interested party on January 13, 2026, which is 35 days after the notice is expected to be transmitted by OIA to the Coordinating Authority of the United Mexican States.

Dated: December 1, 2025

Respectfully Submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

/s/
TARA B. VAVERE
Assistant United States Attorney
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
United States of America

3