**JS-6**
**O**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VIRTUAL CURRENCY, <br><br> Defendant. | Case No. 2:25-cv-08656-ODW-AS <br><br> **CONSENT JUDGMENT OF FORFEITURE** |
| JONATHAN SHOKRIAN, <br><br> Claimant. | |

Plaintiff United States of America and Claimant Jonathan Shokrian ("Claimant") have made a stipulated request for the entry of this Consent Judgment of Forfeiture. This Consent Judgment of Forfeiture is dispositive of this case.

The Court, having considered the stipulation of the parties, and good cause appearing therefore, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

///

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

3. Notice of this action has been given as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. No appearances have been made in this action by any party other than Jonathan Shokrian. All potential claimants, except for Jonathan Shokrian, admit the allegations of the Complaint for Forfeiture to be true. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

4. Jonathan Shokrian shall have judgment as to the Defendant Virtual Currency, which is more particularly described as $155,004.8225 USDC.

5. There was reasonable cause for the seizure of the Defendant Virtual Currency. There was reasonable cause for the institution of these proceedings. This Consent Judgment of Forfeiture shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6. Each of the parties shall bear its own fees and costs in connection with the seizure and retention of the Defendant Virtual Currency and the litigation of this action.

7. The United States of America and claimant Jonathan Shokrian consent to this judgment and waive any right to appeal this judgment.

8. The Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated: April 14, 2026

_____
THE HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2